■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Tierney Williams
4903 Hartley Dr
Lyndhurst OH 44124

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 3600 7305 2464 64

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7017 3040 0000 5229 4554

PS Form 3811, July 2015 PSN 7530-02-000-9053

19CV1075

Domestic Return Receipt

FILED

JUL 08 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

Clerk of Court
Car B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

UNCLAIMED

7017 3040 0000 5229 4554

$4.95
US POSTAGE
FIRST-CLASS
062S0010272320
FROM 44106



TIERNEY WILLIAMS aka TY WILLIAMS
4983 Hartley Drive
Lyndhurst, Ohio 44124

LN
5/23

UNC