IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TENITA BRYANT, et al | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:19-cv-01075 |
| | ) | |
| | ) | JUDGE: CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH COAST NATURAL SOLUTIONS, LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Plaintiffs, TeNita Bryant et al, and Defendants Jenny Wilkins, William Wilkins, Dr. Jenny Enterprises, LLC, and Vital Life Institute, LLC respectfully request that the Court continue the Case Management Conference for at least twenty-one days. In support of this Motion, the Parties state:

1) On August 13, 2019, the Court entered its Notice of Case Management Conference.

2) According to the Notice of Case Management Conference, the telephonic Case Management Conference is set for September 20, 2019 at 10:00 a.m.

3) Defendants Jenny Wilkins, William Wilkins, Dr. Jenny Enterprises, LLC, and Vital Life Institute, LLC executed waivers of service on August 28, 2019.

4) Defendants Jenny Wilkins, William Wilkins, Dr. Jenny Enterprises, LLC, and Vital Life Institute, LLC are Florida residents.

5) Defendants Jenny Wilkins, William Wilkins, Dr. Jenny Enterprises, LLC, and Vital Life Institute, LLC respectfully request additional time to secure local counsel.

WHEREFORE, for good cause shown, the Parties jointly request that the Court continue the Case Management Conference for at least 21 days.

Respectfully Submitted,

/s/ *Claire I. Wade-Kilts*
Claire I. Wade-Kilts (0093174)
Sean H. Sobel (0086905)
Sobel, Wade & Mapley, LLC
2460 Fairmount Boulevard, Suite 314
Cleveland, Ohio 44106
T: (216) 223-7213
F: (216) 223-7213
wade@swmlawfirm.com
sobel@swmlawfirm.com

*Counsel for Plaintiffs*


/s/ *Jenny Wilkins* (via email consent)
Jenny Wilkins, Pro Se

*On Behalf of Dr. Jenny Enterprises, LLC, and Vital Life Institute, LLC and herself*

/s/ *William Wilkins* (via email consent)
William Wilkins, Pro Se

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2019, a copy of the foregoing was sent via ordinary mail to the last know address of each defendant.

*s/ Claire I. Wade-Kilts*
Claire I. Wade-Kilts (0093174)

*Counsel for Plaintiffs*

3