IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TENITA BRYANT, et al., | ) | CASE NO. 1:19-cv-01075 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE: CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | **REPORT OF THE PARTIES'** |
| NORTH COAST NATURAL SOLUTIONS, LLC, et al., | ) | **PLANNING MEETING UNDER FED.** |
| | ) | **R. CIV. P. 26(f) AND LR 16.3(b)(3)** |
| Defendants. | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a planning meeting was held on October 10, 2019 and was attended by Claire I. Wade-Kilts, counsel for Plaintiffs, and Nicholas Nighswander, counsel for Defendants.

2. The parties will exchange initial disclosures by October 20, 2019.

3. The parties recommend the following track: **Standard**

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms: **Mediation.**

5. The parties **do not consent** to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

    a) The parties intend to seek discovery, as permitted by the Federal Rules of Civil Procedure, including Interrogatories, Requests for Production, Requests for Admission and depositions of any parties, fact witnesses or other person with information regarding Plaintiffs' claims or Defendants' defenses. The parties will conduct discovery on all topics related to Plaintiffs' substantive claims, Plaintiffs' alleged damages, and Defendants' defenses.

    b) Non-Expert discovery deadline: **June 19, 2020.**

    c) Expert deadline: Not applicable

7. The pleadings shall be amended without leave of Court on or before: **90 days after the grant or denial of Plaintiffs' Motion for Conditional Certification.**

8. Recommended dispositive motion date: **July 30, 2020**

9. Recommended date for a Status Conference: **April 15, 2020**

10. The Parties have no other matters they wish to bring to the Court's attention, at this time, but reserve the right to amend this and bring it to the court attention if necessary.

          Respectfully submitted,

          /s/ *Claire I. Wade-Kilts*
          Claire I. Wade-Kilts (0093174)
          Sean H. Sobel (0086905)
          Sobel, Wade & Mapley, LLC
          2460 Fairmount Boulevard, Suite 314
          Cleveland, Ohio 44106
          T: (216) 223-7213
          F: (216) 223-7213
          wade@swmlawfirm.com

          *Counsel for Plaintiffs*


          /s/ *Nicholas M. Nighswander*
          Nicholas M Nighswander (0020772)
          Nicholas M. Nighswander, PLLC
          7289 Burlington Place
          Florence, Kentucky 41042
          T: (859) 746-1259
          F: 1 (859) 919-2363
          nick@nicklawyer.com

          *Counsel for Defendants Dr. Jenny Enterprises, LLC, Vital Life Institute, LLC, Jenny P. Wilkins and William M. Wilkins*