UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TENITA BRYANT, etc., et al.,** | ) | CASE NO. 1:19CV1075 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| **NORTH COAST NATURAL** | ) | |
| **SOLUTIONS, LLC, et al.,** | ) | |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

This matter comes before the Court upon the Motion (ECF DKT #38) of Plaintiffs for an Extension of Time to Effectuate Service. For the following reasons, Plaintiffs' Motion is denied.

On May 27, 2019, Plaintiffs filed their First Amended Complaint. Plaintiffs failed to serve Defendants North Coast Natural Solutions, LLC, North Coast 5 Natural Solutions Corporation and Tierney Williams a.k.a. Ty Williams as required by the Federal Rules of Civil Procedure.

On October 18, 2019, the Court ordered Plaintiffs to serve these Defendants by October 30, 2019 or the case would be dismissed against them without prejudice. (ECF DKT

#34).

On November 1, 2019, the Court granted Plaintiffs' request for an extension of time to complete service; but only until December 12, 2019.

In the instant Motion (ECF DKT #38), Plaintiffs seek an additional thirty days to serve the three Defendants. Plaintiffs state that they have been investigating Defendants' whereabouts and that they believe Defendant Ty Williams remains in the Cleveland area.

Nearly seven months have passed since the Amended Complaint was filed in this case. The Court has allowed ample time for Plaintiffs to accomplish service. Plaintiffs have not demonstrated good cause as provided in Fed.R.Civ.P. 4(m), and Plaintiffs' representations about continuing investigations are not persuasive.

Therefore, the Motion (ECF DKT #38) of Plaintiffs for an Extension of Time to Effectuate Service is denied and the above-captioned case is dismissed without prejudice as against Defendants North Coast Natural Solutions, LLC, North Coast 5 Natural Solutions Corporation and Tierney Williams a.k.a. Ty Williams.

**IT IS SO ORDERED.**

**DATE: 12/16/19**

        s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**