AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| TeNita Bryant et all | |
|---|---|
| _Plaintiff_ | ) ) ) |
| v. | ) |
| North Coast Natural Solutions, LLC, et al | ) ) ) |
| _Defendant_ | ) |

Civil Action No.  1:19-cv-01075

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  NORTH COAST NATURAL SOLUTIONS, LLC
c/o Ty Williams
4983 Hartley Drive
Lyndhurst, Ohio 44124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Claire I. Wade-Kilts
Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, Ohio 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date:  _____4/2/2020_____

_____s/G. Jeskey_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-01075

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NORTH COAST NATURAL SOLUTIONS LLC
was received by me on *(date)* APRIL 10, 2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TY WILLIAMS , who is
designated by law to accept service of process on behalf of *(name of organization)* NORTH COAST NATURAL SOLUTIONS LLC
_____ on *(date)* 4-16-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-2020

_____
*Server's signature*

JESSE LANSING - PROCESS SERVER
*Printed name and title*

Lansing
P.O. Box 748
Mentor, OH 44061-0748
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| TeNita Bryant et al <br><br> *Plaintiff* <br><br> v. <br> North Coast Natural Solutions, LLC, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> )     Civil Action No.  1:19-cv-01075 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NORTH COAST 5 NATURAL SOLUTIONS CORPORATION
c/o Level 5 Global International Holdings Corporation
4983 Hartley Drive
Lyndhurst, Ohio 44124


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Claire I. Wade-Kilts

Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, Ohio 44114


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


SANDY OPACICH, CLERK OF COURT

Date: _____4/2/2020_____

s/G. Jeskey

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-01075

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NORTH COAST 5 NATURAL SOLUTIONS CORP.
was received by me on *(date)*  4-10-2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  TY WILLIAMS  , who is
designated by law to accept service of process on behalf of *(name of organization)*  NORTH COAST 5
NATURAL SOLUTIONS CORPORATION  on *(date)*  4-16-2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-16-2020 

_____
*Server's signature*

JESSE LANSING - PROCESS SERVER
*Printed name and title*
Lansing
P.O. Box 748
Mentor, OH 44061-0748

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Northern District of Ohio

Tenita Bryant, et al.

|  |  |
|---|---|
| *Plaintiff* | ) ) ) ) ) ) ) |
| v. | |
| North Coast Natural Solutions, LLC et al. | |
| *Defendant* | |

Civil Action No.  1:19-cv-01075

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TIERNEY WILLIAMS aka TY WILLIAMS
4983 Hartley Drive Lyndhurst, Ohio
44124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Claire I. Wade-Kilts

Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, Ohio 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:     4/2/2020

_____

s/G. Jeskey
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-01075

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TIERNEY WILLIAMS AKA TY WILLIAMS

was received by me on *(date)*  APRIL 10, 2020  .

☑ I personally served the summons on the individual at *(place)*  4983 HARTLEY DR.
LYNDHURST, OH  44124                                   on *(date)*  APRIL 16, 2020  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____                    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4-16-2020

_____
Server's signature

JESSE LANSING - PROCESS SERVER
Printed name and title

PO BOX 748, MENTOR, OH 44061
Server's address

Additional information regarding attempted service, etc: