**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TENITA BRYANT, et al.,** | ) | **CASE NO. 1:19CV1075** |
| | ) | |
| Plaintiffs, | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | **DEFAULT JUDGMENT** |
| **NORTH COAST NATURAL** | ) | |
| **SOLUTIONS, LLC, et al.,** | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On October 7, 2021, the Court granted Default Judgment in part in favor of Plaintiff Tenita Bryant and against Defendants North Coast Natural Solutions, LLC, North Coast 5 Natural Solutions Corporation, Level 5 Global International Holdings Corporation and Tierney Williams as to liability only on the Breach of Contract Claim (Count V).  Further, the Court allowed Plaintiff Bryant to submit proof of breach of contract damages with documentation and her supporting affidavit in lieu of a damages hearing.

On December 3, 2021, Plaintiff Bryant submitted her Affidavit and supporting documentation.  (ECF DKT #76).  Her Affidavit and evidence establish that she entered into a contract on January 12, 2019, with Defendant North Coast Natural Solutions, LLC represented

by its CEO and majority owner, Defendant Tierney Williams. (ECF DKT #76-2). The Contract provides for a signing bonus of $25,000.00 and an annual salary of $131,000.00. Plaintiff states that she worked for Defendant company for 66 days, from January 14, 2019 to April 17, 2019. She was never paid her salary nor her bonus. She calculates that she is owed $62,591.62.

Therefore, Default Judgment is granted in favor of Plaintiff Tenita Bryant and against Defendants North Coast Natural Solutions, LLC, North Coast 5 Natural Solutions Corporation, Level 5 Global International Holdings Corporation and Tierney Williams on the Breach of Contract Claim (Count V) in the amount of $62,591.62 and statutory interest from the date of judgment.

**IT IS SO ORDERED.**

**DATE: October 3, 2022**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**