# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TENITA BRYANT, et al.,** | ) | **CASE NO. 1:19CV1075** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **NORTH COAST NATURAL** | ) | |
| **SOLUTIONS, LLC, et al.,** | ) | |
| **Defendants.** | ) | |

Following the entry of Default Judgment on August 1, 2023, there are no remaining parties or pending claims. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

**DATE: August 1, 2023**

  s/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**